# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| David A. McDougall, | **COURT MINUTES** |
| Plaintiff, | BEFORE: John R. Tunheim |
| v. | U.S. District Judge |
| CRC Industries, Inc., | Case No: 20-1499 (JRT/LIB) |
| Defendant. | Date: April 11, 2024 |
| | Deputy: Heather Arent |
| | Court Reporter: Kristine Mousseau |
| | Courthouse: Minneapolis |
| | Courtroom: 14E |
| | Time Commenced: 2:32 p.m. |
| | Time Concluded: 3:44 p.m. |
| | Time in Court: 1 Hour and 12 Minutes |

Hearing on:

Motions in Limine [Docket Nos. 158, 161, 164, 167, 170, 182, 204]

APPEARANCES:

Plaintiff: Tara Sutton, Philip Sieff, Michael Reif, Rashanda Bruce, Julie Reynolds
Defendant: Virginia McCalmont, Robert Gilbertson, David Wallace-Jackson

PROCEEDINGS:

Motions argued.

**\*\*IT IS ORDERED:**

| Plaintiff's Motions in Limine (Docket Nos. 158, 161, 164, 167, 170, 204) | |
|---|---|
| **Request** | **Ruling** |
| **MIL No. 1 -** Exclude Evidence Regarding CRC Duster Being Safe When Used as Intended | DENIED |
| **MIL No. 2 -** Exclude Lay and Expert Opinions on Fault | GRANTED IN PART, DEFERRED IN PART |
| **MIL No. 3 -** Exclude Evidence Regarding Unrelated Other Products | GRANTED |

| | |
|---|---|
| **MIL No. 4** - Exclude Expert or Lay Testimony Regarding Payroll Deductions or Unemployment Benefits | DENIED |
| **MIL No. 5** - Exclude Evidence Regarding Counsel Retention and Advertising | GRANTED |
| **MIL No. 6** - Exclude Supplemental Expert Report from Delmar Morrison | DENIED |
| **MIL No. 7** - Exclude Evidence and Argument Regarding Cynthia McDougall's Speed and Fault | GRANTED |

| Defendant's Motions in Limine (Docket No. 182) ||
|---|---|
| **Request** | **Ruling** |
| **MIL No. 1** - Exclude Other-Incidents Evidence | GRANTED IN PART, DEFERRED IN PART |
| **MIL No. 2** - Exclude Information about CRC's Size, Net Worth, or Financial Condition and Sales/Revenue Numbers of CRC Duster | DEFERRED |
| **MIL No. 3** - Exclude Certain Reports and Materials from the Consumer Product Safety Commission | DENIED |
| **MIL No. 4** - Exclude Alternative-Design Evidence and Argument | DENIED |
| **MIL No. 5** - Exclude Inflammatory Language | GRANTED IN PART, DENIED IN PART |
| **MIL No. 6** - Establish a Chess-Clock System for the Allocation and Use of Trial Time | GRANTED |

  s/Heather Arent
Courtroom Deputy