UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| DAVID A. MCDOUGALL, | |
| Plaintiff, | Civil No. 20-1499 (JRT/LIB) |
| v. | **RESPONSE TO QUESTION 1** |
| CRC INDUSTRIES, INC., | |
| Defendant. | |

---

In response to the jury's question, the Court provides the following answer:

**Question:** 3B – Can you define substantially certain for us?

**Answer:** You should use your collective experience in life to determine what "substantially certain" means in this context. There is no further definition or calculation that can be applied. You are to use your best judgment in answering Question 3B.

April 24, 2024
2:58 p.m.

s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

SCANNED
APR 3 0 2024
U.S. DISTRICT COURT MPLS