UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

DAVID A. MCDOUGALL,

          Plaintiff,

v.

CRC INDUSTRIES, INC.,

          Defendant.

Civil No. 20-1499 (JRT/LIB)

**RESPONSE TO QUESTION 2**

---

In response to the jury's question, the Court provides the following answer:

**Question:** Will the percentages we provide in question 4 affect the damages awarded? (If we decide to award damages)

**Answer:** If you answer "Yes" to both questions under Count 1 and/or both questions under Count 2, and answer "Yes" to Questions 3A and 3B, then any damages awarded would not be divided and Plaintiff would receive all the damages.

April 25, 2024
2:45 p.m.

                              s/ John R. Tunheim
                              JOHN R. TUNHEIM
                              United States District Judge

