UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

DAVID A. MCDOUGALL,

                  Plaintiff,

v.

CRC INDUSTRIES, INC.,

                  Defendant.

Civil No. 20-1499 (JRT/LIB)

**RESPONSE TO QUESTION 3**

---

In response to the jury's question, the Court provides the following answer:

**Question:** Would failure to act be considered the same as acting with deliberate indifference?

**Answer:** Failure to act can be deliberate indifference, but only if it meets the definition of "deliberate disregard" as provided in the Court's additional instructions, reproduced below:

"Deliberate disregard" means that CRC:

1. Knew about facts or intentionally ignored facts that created a high probability of injury to the rights or safety of others, and

2. Deliberately acted

    a. with conscious or intentional disregard, or

    b. with indifference to the high probability of injury to the rights or safety of others.

SCANNED
APR 30 2024
U.S. DISTRICT COURT MPLS

April 26, 2024
2:05 p.m.

                          s/ John R. Tunheim
                          JOHN R. TUNHEIM
                    United States District Judge