UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

DAVID A. MCDOUGALL,

          Plaintiff,

v.

CRC INDUSTRIES, INC.,

          Defendant.

Civil No. 20-1499 (JRT/LIB)

**RESPONSE TO QUESTION 4**

---

In response to the jury's question, the Court provides the following answer:

**Question:** In regard to "Deliberate Disregard," is <u>one</u> act of deliberate indifference sufficient to find deliberate disregard, even if we identify other acts of concern and effort.

**Answer:** Not unless it meets the clear and convincing evidence standard as provided in the Court's additional instructions, reproduced below.

**Clear and Convincing Evidence**

The evidence must convince you that CRC acted with deliberate disregard for the rights or safety of others. You must have a firm belief, or be convinced there is a high probability, that CRC acted this way.

April 26, 2024
2:26 p.m.

                              s/ John R. Tunheim
                              JOHN R. TUNHEIM
                              United States District Judge

SCANNED
APR 30 2024
U.S. DISTRICT COURT MPLS