UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| DAVID A. MCDOUGALL,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CRC INDUSTRIES, INC.,<br><br>　　　　　　Defendant. | Civil No. 20-1499 (JRT/LIB)<br><br>**RESPONSE TO QUESTION 5** |

---

In response to the jury's question, the Court provides the following answer:

**Question:** What happens if we are not able to come to an agreement?

**Answer:** All parties expect that you will continue to deliberate in an effort to reach a unanimous verdict. If you are unable to do so, the matter may have to be presented to a new jury, that would hear evidence and resolve this question. Having heard all of the evidence in this case, you are best suited to resolve this matter. Please try to reach a unanimous verdict.

April 26, 2024
3:03 p.m.

　　　　　　　　　　　s/ John R. Tunheim
　　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　United States District Judge

SCANNED
APR 30 2024
U.S. DISTRICT COURT MPLS