# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID A. MCDOUGALL, | |
| Plaintiff, | Civil No. 20-1499 (JRT/LIB) |
| v. | **RESPONSE TO QUESTION 6** |
| CRC INDUSTRIES, INC., | |
| Defendant. | |

In response to the jury's question, the Court provides the following answer:

**Question:** Is there a law, rule, regulation or general understanding that manufacturers are supposed to report deaths related to/involving their products to appropriate regulating bodies?

**Answer:** You must make your decision based on the evidence presented in the case, and there was no such evidence of any law, rule, or regulation that was introduced during trial.

April 26, 2024
4:21 p.m.

s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

SCANNED
APR 30 2024
U.S. DISTRICT COURT MPLS