UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

DAVID A. MCDOUGALL,

                Plaintiff,

v.

CRC INDUSTRIES, INC.,

                Defendant.

Civil No. 20-1499 (JRT/LIB)

**RESPONSE TO QUESTION 7**

---

In response to the jury's question, the Court provides the following answer:

**Question:** Can we write a note to attach to our verdict that will be read in the court?

**Answer:** Yes, but the Judge will have the final say as to whether it can be read.

April 26, 2024
4:50 p.m.

                              s/ John R. Tunheim
                              JOHN R. TUNHEIM
                        United States District Judge

SCANNED
APR 30 2024
U.S. DISTRICT COURT MPLS