UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

DAVID A. MCDOUGALL,

                                                  Civil No. 20-1499 (JRT/LIB)

          Plaintiff,

v.

                                    **ORDER GRANTING DEFENDANT CRC**

CRC INDUSTRIES, INC.,                   **INDUSTRIES, INC.'S MOTION TO SEAL**

          Defendant.

---

Tara D. Sutton, Philip L. Sieff, Rashanda C. Bruce, Michael D. Reif, Julie Reynolds, and Ryan W. Marth, **ROBINS KAPLAN LLP**, 800 LaSalle Avenue, Suite 2800, Minneapolis, MN 55402, for Plaintiff.

Robert J. Gilbertson, Virginia R. McCalmont, and David J. Wallace-Jackson, **FORSGREN FISHER**, 225 South Sixth Street, Suite 1500, Minneapolis, MN 55402, for Defendant.

Pursuant to Federal Rule of Civil Procedure 5.2, Defendant CRC Industries, Inc. filed a Motion to Seal to (1) permanently seal the exhibits related to its financial condition that were introduced during trial on April 26, 2024; (2) redact from the public record any testimony and argument about the details of CRC's financial condition; and (3) preclude Plaintiff David A. McDougall or his counsel from revealing the details of CRC's financial condition in any manner.  (Def.'s Mot. to Seal, Apr. 29, 2024, Docket No. 252.)

Having considered the motion and based upon all the files, records, and proceedings in this case, **IT IS SO ORDERED** that the Motion to Seal [Docket No. 252] is **GRANTED** as follows:

-2-

1. Trial Ex. P#1224 & Trial Ex. P#1226 are sealed as requested, subject to reasonable requests by Plaintiff to unseal for legitimate reasons;

2. The transcript of trial proceedings held on Friday, April 26, 2024 will be redacted as requested in CRC's Proposed Trial Transcript Redactions (filed as Docket No. 283-1) to protect CRC's confidential financial information; and

3. Plaintiff and his counsel are precluded from publicly revealing the information contained in the above-referenced documents.

DATED: May 1, 2024
at Minneapolis, Minnesota.

*[signature: John R. Tunheim]*

JOHN R. TUNHEIM
United States District Judge