

**ROBERT J. GILBERTSON**
MANAGING PARTNER
bgilbertson@forsgrenfisher.com
612.474.3324

May 9, 2024

The Honorable John R. Tunheim                                             ***Via ECF***
United States District Court, District of Minnesota
300 South Fourth Street
Minneapolis, MN  55415

    Re:    *McDougall v. CRC Industries, Inc., et al.*, No.: 20-cv-1499 (JRT/LIB)

Dear Judge Tunheim:

    My colleagues and I represent CRC.  On Monday of last week (April 29, 2024), CRC moved to compel plaintiff David McDougall ("McDougall") to produce the McDougall-Neumiller settlement agreement.  (Docs. 256-257.)  Plaintiff filed his opposition on May 6, 2024 (Doc. 286), along with two supporting exhibits (Docs. 287-1, 287-2).

    CRC respectfully requests leave to file a reply brief of no more than two substantive pages, exclusive of the caption and signature block, to permit CRC to reply to the arguments raised in McDougall's opposition.

                                                Sincerely yours,

                                                Robert J. Gilbertson

c:    All Counsel of Record (via ECF)