# UNITED STATES DISTRICT COURT
## District of Minnesota

David A. McDougall,

                Plaintiff,

v.

CRC Industries, Inc.,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number:  20-1499 (JRT/LIB)

[X] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Court accepts the jury's verdict.  Judgment is entered in favor of Plaintiff David A. McDougall and against CRC Industries, Inc. for the full judgment amount because the jury found that Neumiller engaged in intentional misconduct.

Date: June 11, 2024

KATE M. FOGARTY, CLERK

s/Heather Arent

(By)      Heather Arent, Deputy Clerk