# UNITED STATES DISTRICT COURT
## District of Minnesota

David A. McDougall,

                    Plaintiff,

v.

CRC Industries, Inc.,

                    Defendant.

**AMENDED JUDGMENT IN A CIVIL CASE**

Case Number:  20-1499 (JRT/LIB)

[X] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Court accepts the jury's verdict.  Judgment is entered in favor of Plaintiff David A. McDougall and against CRC Industries, Inc. for the full judgment amount ($7,750,000.00) because the jury found that Neumiller engaged in intentional misconduct.

Date: June 14, 2024

KATE M. FOGARTY, CLERK

s/Heather Arent

(By)        Heather Arent, Deputy Clerk