UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

DAVID A. MCDOUGALL,

        Plaintiff,              Civil No. 20-1499 (JRT/LIB)

v.                                             **SPECIAL VERDICT**

CRC INDUSTRIES, INC.,

        Defendant.

_____

We, the Jury in this case, make these answers to the following questions:

### Count 1: Strict Products Liability – Defective Design
(Instruction Nos. ___)

**QUESTION 1A:** Was CRC Industries, Inc.'s product in a defective condition unreasonably dangerous to users of the product because of CRC Industries, Inc.'s design?

_____ Yes        _____ No

**QUESTION 1B:** If your answer to Question 1A was "Yes," then answer this question: Was that design a direct cause of [David A. McDougall's damages] [the crash that killed Cynthia McDougall]?

_____ Yes        _____ No

EXHIBIT B

**Count 2: Strict Products Liability – Failure to Warn**
(Instruction Nos. ___)

**QUESTION 2A:** Was the product in a defective condition unreasonably dangerous to users of the product because CRC Industries, Inc. failed to provide adequate warnings for the safe use of the product?

_____ Yes          _____ No

**QUESTION 2B:** If your answer to Question 2A was "Yes," then answer this question: Were the inadequate warnings a direct cause of [David A. McDougall's damages] [the crash that killed Cynthia McDougall]?

_____ Yes          _____ No

**Fault**
(Instruction Nos. ___)

**QUESTION 3A:** Was Cynthia McDougall negligent with respect to her own safety?

_____ Yes          _____ No

**QUESTION 3B:** If your answer to Question 3A was "Yes," then answer this question: Was Cynthia McDougall's negligence a direct cause of her own death?

_____ Yes          _____ No

**[QUESTION 4A:** Did Kyle Neumiller know that huffing CRC Duster while driving on July 22, 2019 was substantially certain to result in harm?**]**

\_\_\_\_\_ Yes        \_\_\_\_\_ No

**QUESTION 4B:** Was Kyle Neumiller at fault for Cynthia McDougall's death?

\_\_\_\_\_ Yes        \_\_\_\_\_ No

**QUESTION 4C:** If your answer to Question 4B was "Yes," then answer this question: Was Kyle Neumiller's fault a direct cause of Cynthia McDougall's death?

\_\_\_\_\_ Yes        \_\_\_\_\_ No

(*If your answered "Yes" to Question 4A, do not answer Question 5 and instead proceed directly to Question 6.)*

**QUESTION 5:** Taking all of the fault that directly caused Cynthia McDougall's death as 100%, what percentage of fault do you attribute to:

|  |  |
|---|---|
| **CRC** | _____ |
| **Cynthia McDougall** | _____ |
| **Kyle Neumiller** | _____ |
| **TOTAL:** | **100%** |

(*If your answered "No" to Questions 3A or 3B, then your answer in Question 5 should be "0%" as to Cynthia McDougall.  If you answered "No" to Questions 4B or 4C, then your answer in Question 5 should be "0%" as to Kyle Neumiller.*)

**Damages**
(Instruction Nos. ___)

**QUESTION 6:** What amount of money will fairly and adequately compensate David A. McDougall for the pecuniary loss suffered by him resulting from Cynthia McDougall's death?

$ _____

**YOU HAVE COMPLETED YOUR DELIBERATIONS.  PLEASE HAVE THE FOREPERSON SIGN AND DATE THIS FORM BELOW.**

_____        _____
FOREPERSON'S SIGNATURE                                                         DATE