UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| DAVID A. MCDOUGALL, | Civil No. 20-1499 (JRT/LIB) |
| Plaintiff, | |
| v. | **THE COURT'S ADDITIONAL INSTRUCTIONS TO THE JURY** |
| CRC INDUSTRIES, INC., | |
| Defendant. | |

_____

The Court will now provide an additional instruction on punitive damages.

## PUNITIVE DAMAGES

### Definition of "Punitive Damages"

When there is clear and convincing evidence that CRC acted with deliberate disregard for the rights or safety of others, you can award claimants additional damages. These "punitive damages" are intended to punish CRC and discourage others from behaving in a similar way.

### Clear and Convincing Evidence

The evidence must convince you that CRC acted with deliberate disregard for the rights or safety of others. You must have a firm belief, or be convinced there is a high probability, that CRC acted this way.

### Deliberate Disregard

"Deliberate disregard" means that CRC:

**EXHIBIT N**

1. Knew about facts or intentionally ignored facts that created a high probability of injury to the rights or safety of others, and

2. Deliberately acted

    a. with conscious or intentional disregard, or

    b. with indifference to the high probability of injury to the rights or safety of others.

**Factors to Consider for Punitive Damages**

If you decide to award punitive damages, consider, among other things, the following factors:

1. The seriousness of the hazard to the public that may have been or was caused by CRC's misconduct.

2. The profit CRC made as a result of the misconduct.

3. The length of time of the misconduct and if CRC hid it.

4. The amount CRC knew about the hazard and of its danger.

5. The attitude and conduct of CRC when the misconduct was discovered.

6. The number and level of employees involved in causing or hiding the misconduct.

7. The financial state of CRC.

8. The total effect of other punishment likely to be imposed on CRC as a result of the misconduct. This includes compensatory and punitive damage awards to claimants.