**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

_____

DAVID A. MCDOUGALL,

                                            Civil No. 20-1499 (JRT/LIB)

                 Plaintiff,

v.

                                     **SPECIAL VERDICT ON PUNITIVE DAMAGES**

CRC INDUSTRIES, INC.,

                 Defendant.

_____

We, the Jury in this case, make these answers to the following questions:

**QUESTION 1:** By clear and convincing evidence, did CRC act with deliberate disregard for the rights or safety of others?

_____ Yes                _____ No

**QUESTION 2:** If your answer to Question 1 was "Yes," then answer this question: What amount of money will serve to punish CRC and discourage others from behaving in a similar way?

$ _____

**YOU HAVE COMPLETED YOUR DELIBERATIONS.  PLEASE HAVE THE FOREPERSON SIGN AND DATE THIS FORM BELOW.**

_____       _____

FOREPERSON'S SIGNATURE                               DATE

**EXHIBIT**

**O**