**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

_____

DAVID A. MCDOUGALL,

                                        Civil No. 20-1499 (JRT/LIB)

                    Plaintiff,

v.                                      **SPECIAL VERDICT ON PUNITIVE**
                                                **DAMAGES**

CRC INDUSTRIES, INC.,

                    Defendant.

_____

        We, the Jury in this case, make these answers to the following questions:

**QUESTION 1:** By clear and convincing evidence, did CRC act with deliberate disregard for

        the rights or safety of others?

        _____ Yes                 _____ No


**QUESTION 2:** If your answer to Question 1 was "Yes," then answer this question: What

        amount of money will serve to punish CRC and discourage others from

        behaving in a similar way?

                            $ _____


**YOU HAVE COMPLETED YOUR DELIBERATIONS.  PLEASE HAVE THE FOREPERSON SIGN AND DATE THIS
FORM BELOW.**


_____              _____
        FOREPERSON'S SIGNATURE                                      DATE

-1-

```
EXHIBIT
Q
```