UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID A. MCDOUGALL, *Individually and as Trustee for the Next-of-Kin of Decedent Cynthia A. McDougall*,<br><br>Plaintiff,<br><br>v.<br><br>CRC INDUSTRIES, INC., and JOHN DOE COMPANY DEFENDANTS #1-10,<br><br>Defendants. | Civil No. 20-1499 (JRT/LIB)<br><br>**ORDER STAYING EXECUTION OF JUDGMENT** |

The parties filed a stipulation to stay execution of judgment and amended judgment. (Stip., July 9, 2024, Docket No. 318.) Based on Federal Rule of Civil Procedure 62(b) and the parties' stipulation, **IT IS HEREBY ORDERED** that:

1. The $10,000,000 supersedeas bond that Defendant CRC Industries, Inc., filed with the stipulation as Exhibit A is **APPROVED**.

2. Execution of the Judgment [Docket No. 309] and the Amended Judgment [Docket No. 310] is **STAYED** until the later of (1) 30 days following the expiration of the appeal deadline, if this Court denies CRC's post-trial motions in whole or in part and CRC does not timely appeal; (2) 30 days following the expiration of the deadline to seek certiorari review from the U.S. Supreme Court if

the Eighth Circuit affirms in whole or in part; or (3) 30 days following the termination of comparable efforts to seek alteration of the judgment.

3. The scope of the stay of execution covers the June 11, 2024 Judgment; the June 14, 2024 Amended Judgment; and any subsequently entered amended judgment in this case.

DATED: July 11, 2024
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge