**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| DAVID A. MCDOUGALL, *individually and as Trustee for the Next-of-Kin of Decedent Cynthia A. McDougall*, | Civil No. 20-1499 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER VACATING JUDGMENT AND DIRECTING ENTRY OF JUDGMENT AS A MATTER OF LAW IN FAVOR OF DEFENDANT CRC INDUSTRIES, INC.** |
| CRC INDUSTRIES, INC., and JOHN DOE COMPANY DEFENDANTS #1–10, | |
| Defendants. | |

This case arose from the death of Cynthia McDougall, who was killed in Baudette, Minnesota in a motor vehicle accident involving Kyle Neumiller.  Ms. McDougall's surviving spouse and next-of-kin, David McDougall, brought this action against Defendant CRC Industries, Inc. ("CRC"), alleging that Neumiller lost control of his vehicle because he was intoxicated from huffing CRC's computer dust remover.  Among other things, McDougall claimed CRC was liable for Ms. McDougall's death under negligence, strict liability for design defect, and strict liability for failure-to-warn theories.  McDougall's claims proceeded to a jury trial, after which a jury returned a verdict in McDougall's favor and awarded him damages.  CRC then moved for judgment as a matter of law, or in the alternative, for a new trial, which the Court denied.  (Docket No. 339.)  On December 5, 2024, an amended judgment was entered in favor of McDougall.  (Docket No. 340.)

-2-

CRC appealed the Court's denial of CRC's motion for judgment as a matter of law to the Eighth Circuit. (*See* Docket No. 341.) The Eighth Circuit reversed and remanded with instructions to vacate the Court's judgment and to enter judgment in CRC's favor. *McDougall v. CRC Indus., Inc.*, 166 F.4th 734, 737 (8th Cir. 2026).

### ORDER

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Court's Amended Judgment (Docket No. [340]) is **VACATED**. Judgment shall be entered in favor of Defendant CRC Industries, Inc.

**LET JUDGEMENT BE ENTERED ACCORDINGLY.**

DATED:  June 2, 2026               \_\_\_\_\_/s/ John R. Tunheim\_\_\_\_\_
at Minneapolis, Minnesota.               JOHN R. TUNHEIM
                                 United States District Judge

-2-